# United States District Court
## *Southern District of Georgia*

ANTONIO BATTLE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:26-cv-00256

FACILITY STATE BOARD, et..al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 29, 2026, Plaintiff's request to proceed in forma pauperis is denied and this action is dismissed without prejudice. This case stands closed.

10/29/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*